# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| CLIPPER PIPE & SERVICE, INC. | : No. 161 EM 2014 |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| THE OHIO CASUALTY INSURANCE | : |
| CO.; CONTRACTING SYSTEMS, INC. II | : |
| | : |
| | : |
| PETITION OF: UNITED STATES | : |
| COURT OF APPEALS FOR THE THIRD | : |
| CIRCUIT | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of December, 2014, the Petition for Certification of Question of Law submitted by the United States Court of Appeals for the Third Circuit is **GRANTED**.  This Court shall consider the following issue:

> Under Pennsylvania law, does the Contractor and Subcontractor Payment Act (CASPA), 73 P.S. §§501-516, apply to a project where the owner is a governmental entity, such as the federal government in this case?

     The Prothonotary is **DIRECTED** to establish a briefing schedule and list this matter for oral argument.